724 A.2d 347

Donald D. JOSEPH, Jr.,

v.

DUQUESNE LIGHT COMPANY,

v.

Limbach Constructors, Inc., Limbach Company, and A. Martini & Company.

Petition of Donald D. Joseph, Jr.

No. 613 W.D. Alloc. Dkt. 1998.

Supreme Court of Pennsylvania.

March 5, 1999.

Reconsideration Denied April 16, 1999.

## ORDER

PER CURIAM.

**AND NOW**, this 5th day of March, 1999, the Petition for Allowance of Appeal is granted, limited to the following issues:

I.   Whether assumption of risk is a question for the jury in a negligence case, or whether it is a question of law to be decided by the trial court.

II.   Whether the trial court's instructions, in fact, submitted the issue of assumption of risk to the jury.

It is further ordered the motion for leave to file reply brief is denied.